UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

SEATTLE

| | | |
|---|---|---|
| CHRISA DIANE WINKLE, | ) | Case No.: 2:17-CV-01633 |
| Plaintiff, | ) ) | ORDER |
| v. | ) ) | |
| Commissioner of Social Security, | ) ) | |
| Defendant | ) ) ) ) ) | |

ORDER - 1

Plaintiff's unopposed motion, docket no. 14, is GRANTED, and it is hereby ORDERED that, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, attorney's fees of $7,123.80 shall be awarded to Plaintiff. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010), if it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Tha Win, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney. Any check for EAJA fees shall be mailed to Plaintiff's counsel, Tha Win, at 606 Maynard Avenue South, Suite 201, Seattle, WA 98104.

IT IS SO ORDERED.

Dated this 24th day of January 2019.

*Thomas S. Zilly* (signature)

Thomas S. Zilly
United States District Judge

Presented by:

By: /s/ Tha Win
Tha Win Attorney #23217
606 Maynard Avenue South
Suite 201
Seattle, WA 98104
Telephone: (206) 903-0289
Fax: (206) 720-9710
E-mail: thawinlaw@yahoo.com
Attorney for Plaintiff